**WO**                                                                                                           JDN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mark Steven Parker, | No. CV-10-2747-PHX-GMS (ECV) |
| Plaintiff, | **ORDER** |
| vs. | |
| Adu-Tutu, et al., | |
| Defendants. | |

Plaintiff Mark Steven Parker brought this civil rights action under 42 U.S.C. § 1983 against Dr. Rowe, Facility Health Administrator at the Arizona Department of Corrections (Doc. 26).[1] Before the Court is Plaintiff's Motion for Reconsideration (Doc. 92).

Plaintiff suffers from chronic gout, and in his Second Amended Complaint, Plaintiff alleged that Defendant was deliberately indifferent to this serious medical need when he repeatedly denied other physician's requests to provide Plaintiff a medically prescribed "no meat" diet (Doc. 26 at 7, 9-11, 20).

Plaintiff filed a Motion for Preliminary Injunction for an Order directing Defendant and any persons acting in concert with him to provide Plaintiff a "no meat" diet (Doc. 29). In response, Defendant asserted that Plaintiff's request for a vegan diet had been approved and he began receiving a vegan diet in November 2011 (Doc. 46). The Court found that because Plaintiff did not file a reply and dispute Defendant's assertion, his request for a

---

[1] Upon screening, the Court dismissed seven other named Defendants (Doc. 35).

preliminary injunction was moot (Doc. 73).

Plaintiff now moves for reconsideration of the Order denying his preliminary injunction request (Doc. 92). Plaintiff asserts that he was denied access to legal and writing materials and to photocopy services, which in turn led to a delay in the Court's receipt of his reply. Plaintiff states that the Court ruled on the Motion for Preliminary Injunction without consideration of his reply even though the reply was filed before the date of the Court's Order (id. at 3). In his reply and in his Motion for Reconsideration, Plaintiff avers that he has not received a vegan diet since November 2011 (id. at 4).

The Court will direct Defendant to file a response to the Motion for Reconsideration. See LRCiv 7.2(g)(2) (no response to a motion for reconsideration may be filed unless ordered by the Court). Plaintiff may file a reply within 10 days of receipt of Defendant's response.

**IT IS ORDERED:**

(1) The reference to the Magistrate Judge is **withdrawn** as to Plaintiff's Motion for Reconsideration (Doc. 92).

(2) Within **15 days** from the date of this Order, Defendant must file a response to Plaintiff's Motion for Reconsideration.

(3) Within **10 days** of receipt of Defendant's response, Plaintiff may file a reply.

DATED this 22nd day of March, 2012.

*A. Murray Snow*
G. Murray Snow
United States District Judge